UNITED STATES of America,
Plaintiff—Appellee,

v.

Gary Patrick CALLAHAN,
Defendant—Appellant.

No. 10–10611.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 27, 2011.

Bruce M. Ferg, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Gary Patrick Callahan, Seagoville, TX, pro se.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Gary Patrick Callahan appeals from the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for reduction of sentence. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Callahan contends that he is entitled to a sentence reduction based on Amendment 739 to the Sentencing Guidelines, which amended U.S.S.G. § 5H1.11 to allow a sentencing court to consider whether a defendant's military service is relevant in determining whether a departure is warranted. *See U.S.S.G.,* Appendix C, Amendment 739 (2010). This claim lacks merit because Amendment 739 did not alter Callahan's applicable sentencing range, therefore his sentence is not "based on a sentencing range that has subsequently been lowered by the Sentencing Commission." *See United States v. Leniear,* 574 F.3d 668, 673 (9th Cir.2009); 18 U.S.C. § 3582(c)(2). Moreover, a reduction in Callahan's term of imprisonment would not be "consistent with applicable policy statements issued by the Sentencing Commission." *See Leniear,* 574 F.3d at 674; U.S.S.G. § 1B1.10(a)(2).

To the extent that Callahan raises additional claims to support his request for a sentence reduction, those claims are not cognizable in a motion under 3582(c)(2).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.